UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o

| | | |
|---|---|---|
| CHRISTINE DAVIS, | : | CIV. 16-4165 |
| Plaintiff, | : | |
| | : | |
| v. | : | **DEFENDANT CLAIMS ASSOCIATES, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| SOUTH DAKOTA PUBLIC ASSURANCE ALLIANCE and CLAIMS ASSOCIATES, INC., | : | |
| Defendant. | : | |

o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o

Pursuant to Fed.R.Civ.P. 56, Defendant Claims Associates, Inc. moves the Court for an Order granting summary judgment on counts one and two of Plaintiff Christine Davis's Complaint. Plaintiff's claims against Claims Associates are legally deficient as a matter of law, because (1) there was no contractual privity between Claims Associates and Davis; and (2) Claims Associates owed no duty of good faith to Davis. This motion is supported by a separately filed Statement of Undisputed Material Facts, Affidavit of Jeff Jares, Brief in Support of Motion for Partial Summary Judgment, and the pleadings and papers on file with the Court.

1

Dated this 6th day of October, 2017.

WOODS, FULLER, SHULTZ & SMITH P.C.

By _____
Melanie Carpenter
Joel E. Engel III
300 South Phillips Avenue, Suite 300
PO Box 5027
Sioux Falls, SD 57117-5027
Phone (605) 336-3890
Fax (605) 339-3357
melanie.carpenter@woodsfuller.com
joel.engel@woodsfuller.com
Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of October, 2017, I electronically filed the foregoing Defendants Claims Associates, Inc.'s Motion for Summary Judgment with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following:

Scott Abdallah
Johnson, Janklow, Abdallah, Reiter & Parsons, LLP
101 S. Main Ave., Ste. 100
PO Box 2348
Sioux Falls, SD  57101
scott@janklowabdallah.com
Attorneys for Plaintiff

_____
One of the Attorneys for Defendants

2