UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o

| | | |
|---|---|---|
| CHRISTINE DAVIS, | : | CIV. 16-4165 |
| Plaintiff, | : | |
| v. | : | |
| SOUTH DAKOTA PUBLIC ASSURANCE ALLIANCE and CLAIMS ASSOCIATES, INC., | : | **JOINT MOTION TO DISMISS** |
| Defendant. | : | |

o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o

The parties jointly move this Court for an order dismissing this action on its merits, with prejudice, each party to bear their own attorneys' fees, disbursements, taxes and costs. It is further moved that the Court may make and enter its Judgment of Dismissal without further notice or hearing to either party, such hearing or notice being expressly waived.

The parties acknowledge and advise the Court that the settlement of Plaintiff's claims and dismissal of the lawsuit is conditioned on receiving approval from the bankruptcy court.

{02775339.1} 1

Dated this 17th day of October, 2017.

JOHNSON, JANKLOW, ABDALLAH, REITER &
PARSONS, LLP

By _____
Scott Abdallah
101 S. Main Ave., Ste. 100
PO Box 2348
Sioux Falls, SD 57101
Phone (605) 338-4304
Fax (605) 338-4162
scott@janklowabdallah.com
Attorneys for Plaintiff

Dated this 17th day of October, 2017.

                WOODS, FULLER, SHULTZ & SMITH P.C.

                By _____
                Melanie Carpenter
                300 South Phillips Avenue, Suite 300
                PO Box 5027
                Sioux Falls, SD 57117-5027
                Phone (605) 336-3890
                Fax (605) 339-3357
                melanie.carpenter@woodsfuller.com
                Attorneys for Defendants