UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| CHRISTINE DAVIS,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>SOUTH DAKOTA PUBLIC ASSURANCE ALLIANCE, CLAIMS ASSOCIATES, INC.,<br><br>　　　　　Defendants. | 4:16-CV-04165-KES<br><br><br>JUDGMENT OF DISMISSAL |

Under the parties' joint stipulation for dismissal (Docket 25), it is

ORDERED, ADJUDGED, and DECREED that the above-entitled action is dismissed with prejudice and without costs, expenses, or attorneys' fees awarded to any of the parties. This court retains jurisdiction to reopen this matter in the event the settlement is not approved by the bankruptcy court.

DATED this 18th day of October, 2017.

　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　/s/ *Karen E. Schreier*
　　　　　　　　　　　　KAREN E. SCHREIER
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE